839 A.2d 48

IN THE MATTER OF LOUANN K. WONSKI, AN ATTORNEY
AT LAW (ATTORNEY NO. 021151992).

January 13, 2004.

## ORDER

The Office of Attorney Ethics having filed a petition with the Supreme Court pursuant to *Rule* 1:20–3(g)(4) recommending that **LOUANN K. WONSKI** of **SEWAREN**, who was admitted to the bar of this State in 1992, be immediately temporarily suspended from the practice of law for failure to comply with the Court's Order filed on September 8, 2003, which required respondent to submit to the Office of Attorney Ethics proof of her fitness to practice law and to practice law under supervision by an attorney approved by the Office of Attorney Ethics;

And good cause appearing;

It is ORDERED that **LOUANN K. WONSKI** is temporarily suspended from the practice of law, effective immediately, and until the further Order of this Court; and it is further

ORDERED that **LOUANN K. WONSKI** be restrained and enjoined from practicing law during the period of her suspension and that she comply with *Rule* 1:20–20 dealing with suspended attorneys.